

# MEMO ENDORSED

December 5, 2025

Evandro C. Gigante
Member of the Firm
d +1.212.969.3132
f 212.969.2900
egigante@proskauer.com
www.proskauer.com

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   *Erika M. Kitzmiller v. Barnard College and The Trustees of Columbia University in the City of New York*, 1:25-cv-08634 (S.D.N.Y.)

Dear Judge Ramos:

We represent The Trustees of Columbia University in the City of New York ("Columbia") in the above-referenced action. We write on behalf of Columbia pursuant to Rule 1(E) of your Honor's Individual Practices to respectfully request an extension of time to submit a response to the Complaint in the above-captioned matter to January 23, 2026.[1]

This extension would enable Columbia to sufficiently review the Complaint and file its response. This is Columbia's first request for an extension, and Plaintiff's counsel consents to the requested extension.

The application is _X_ granted
                  ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: December 8, 2025
New York, New York

Respectfully submitted,

/s/ *Evandro C. Gigante*
Evandro C. Gigante

cc:   All counsel of record

---

[1] Columbia accepted service from Plaintiff's counsel on December 3, 2025.

Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC