

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, New York 14450


Jacqueline Phipps Polito
585.203.3413 direct
585.486.1774 fax
jpolito@littler.com

December 12, 2025

**VIA CM/ECF FILING**

Hon. Edgardo Ramos
US District Court for the Southern District of NY
40 Foley Square
New York, NY 10007

Re:   *Kitzmiller v. Barnard College, et al.,* Case No. 1:25-cv-08634

Dear Judge Ramos:

On behalf of Defendant Barnard College ("Barnard"), we write pursuant to Section I(E) of Your Honor's Individual Practices to respectfully request an extension of time for Barnard to move, answer, or otherwise respond to Plaintiff's Complaint up to, and including, January 23, 2026. Plaintiff consents to this extension request.

Barnard's response is currently due December 22, 2025. *See* ECF No. 14. Barnard seeks this extension, not for the purposes of delay, but to facilitate efficient docket management so that Barnard's deadline to respond to Plaintiff's Complaint coincides with the deadline of co-Defendant, The Trustees of Columbia University in the City of New York's response. *See* ECF No. 17. This is Barnard's first request for an extension of this deadline.

We appreciate the Court's courtesies.

Sincerely,

Littler Mendelson, P.C.

*Jacqueline Phipps Polito*

Jacqueline Phipps Polito

cc:   All counsel of record (via CM/ECF)