UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA M. KITZMILLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>BARNARD COLLEGE,<br><br>    Defendants. | Case No. 1:25-cv-08634<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Emily M. Gaines of Littler Mendelson, P.C. hereby appears as Attorney to be Noticed for Defendant BARNARD COLLEGE in the above-entitled action. Said Counsel is admitted to practice in this Court, is registered for electronic filing with the Southern District of New York, and requests that copies of all papers in this action be served upon her at the address set forth below.

Dated:  December 23, 2025
        New York, New York

                                        LITTLER MENDELSON, P.C.

                                        By:  /s/ *Emily M. Gaines*
                                            Emily M. Gaines
                                            900 Third Avenue, 8th Floor
                                            New York, NY 10019
                                            Telephone: 212.583.9600
                                            egaines@littler.com

                                            Attorneys for Defendant
                                            BARNARD COLLEGE