UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA M. KITZMILLER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BARNARD COLLEGE and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>　　　　Defendants. | Case No. 1:25-cv-08634-ER<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW APPEARANCE** |

**PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Littler Mendelson, P.C., hereby respectfully moves to withdraw the appearance of Erin M. Train as one of the attorneys of record for Defendant Barnard College in the above-entitled action. Defendant Barnard College will continue to be represented by Jacqueline Phipps Polito and Emily Gaines of Littler Mendelson, P.C., as counsel in this matter.

Wherefore, the undersigned respectfully requests that Defendant Barnard College be granted their motion to withdraw the appearance of Erin M. Train in this matter.

Dated:  January 23, 2026
      Fairport, New YorkLITTLER MENDELSON, P.C.

By: */s/ Jacqueline Phipps Polito*
Jacqueline Phipps Polito
jpolito@littler.com
375 Woodcliff Drive, Suite 2D
Fairport, New York 14450
Telephone: 585.203.3400
Facsimile: 585.203.3414

Emily M. Gaines
egaines@littler.com
900 Third Avenue, 8th Floor
New York, New York  10019
Telephone:  212.583.9600

Attorneys for Defendant
BARNARD COLLEGE