UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                     :

ERIKA KITZMILLER,                  :

              :

         Plaintiff,          :         Case No.: 1:25-cv-08634-ER

              :

         -against-          :         **DEFENDANT COLUMBIA**

              :         **UNIVERSITY'S RULE 7.1**

              :         **CORPORATE DISCLOSURE**

BARNARD COLLEGE AND THE TRUSTEES :          **STATEMENT**
OF COLUMBIA UNIVERSITY IN THE CITY   :
OF NEW YORK,                        :

              :

         Defendants.        :

              :

              :

------------------------------------------------------------- X

Defendant The Trustees of Columbia University in the City of New York ("Columbia"),

by and through its undersigned counsel, hereby makes the following disclosures pursuant to Rule

7.1 of the Federal Rules of Civil Procedure and Rule 7.1.1 of the Local Rules of the United States

District Courts for the Southern and Eastern Districts:

1.       Columbia is not a publicly held corporation.

2.       Columbia states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Columbia reserves all defenses, including based on personal jurisdiction.

Dated: New York, New York          Respectfully submitted,
        January 23, 2026


                                         PROSKAUER ROSE LLP

                                         By: */s/ Evandro C. Gigante*
                                         Evandro C. Gigante, Esq.
                                         Eleven Times Square
                                         New York, New York 10036
                                         (T) 212-969-3000
                                         (F) 212-969-2900
                                         egigante@proskauer.com

*Attorneys for Defendant Columbia*