AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| ERIKA M. KITZMILLER | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 25-8634 |
| BARNARD COLLEGE et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thea Renda Abu El-Haj
Barnard College/Columbia University,
336B Milbank Hall,
3009 Broadway,
New York, NY 10027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    James B. Lieber
Thomas M. Huber
Lieber Hammer Huber Paul & Hoffman, P.C.
1722 Murray Ave., 2nd Fl.
Pittsburgh, PA 15217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 24, 2026            /S/ S. James
                                    *Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **25-8634**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Thea Renda Abu El-Haj**

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)* ____ on *(date)* ____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____ , a person of suitable age and discretion who resides there, on *(date)* ____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____ , who is designated by law to accept service of process on behalf of *(name of organization)* ____ on *(date)* ____ ; or

☐ I returned the summons unexecuted because ____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: ____

____
*Server's signature*

____
*Printed name and title*

____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset