

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, New York 14450

Jacqueline Phipps Polito
585.203.3413 direct
585.486.1774 fax
jpolito@littler.com

# MEMO ENDORSED

March 11, 2026

> The request is granted.  The deadline for Barnard College and the Trustees of Columbia University to respond to the amended complaint is extended to May 15, 2026.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: March 12, 2026
> New York, New York

**VIA CM/ECF FILING**

Hon. Edgardo Ramos
US District Court for the Southern District of NY
40 Foley Square
New York, NY  10007

Re:    *Kitzmiller v. Barnard College, et al.,* Case No. 1:25-cv-08634

Dear Judge Ramos:

On behalf of Defendant Barnard College ("Barnard"), we write pursuant to Section I(E) of Your Honor's Individual Practices to respectfully request an extension of time for Defendants Barnard College and The Trustees of Columbia University in the City of New York (collectively, "Defendants") to respond to Plaintiff's Amended Complaint (ECF 30). Plaintiff consents to this extension request.

Pursuant to Your Honor's Order, the current deadline for Defendants to answer, move or otherwise respond to the Complaint is March 20, 2026 (ECF 47). Defendants seek this extension because Plaintiff's Amended Complaint added eight individual defendants who had not previously been named. As these individuals are named for the first time, Defendants are in the process of evaluating potential joint-representation issues and determining whether current defense counsel can represent each of them. Additionally, Plaintiff served Requests to Waive Service of a Summons on each individual defendant on March 2, 2026, thereby providing each individual defendant with 60 days to respond. With the Court's permission, Defendants request that all defendants be permitted to respond on a single, consolidated deadline of May 15, 2026.

This is Defendants' first request for an extension following Plaintiff's filing of the Amended Complaint. The Court previously granted Defendants' two extensions to respond to the Complaint (ECF 17 and 19).

We appreciate the Court's courtesies.

Hon. Edgardo Ramos
March 11, 2026
Page 2

Sincerely,

Littler Mendelson, P.C.

Jacqueline Phipps Polito

cc:        All counsel of record (via CM/ECF)

4915-9959-4390

littler.com