Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

May 12, 2026

Evandro C. Gigante
Member of the Firm

d +1.212.969.3132
f 212.969.2900
egigante@proskauer.com
www.proskauer.com

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
40 Foley Square, Courtroom 619
New York, NY 10007

Re:    ***Erika M. Kitzmiller v. Barnard College and The Trustees of Columbia University in the City of New York*, 1:25-cv-08634 (S.D.N.Y.)**

Dear Judge Ramos:

We represent The Trustees of Columbia University in the City of New York and Columbia Provost Angela Olinto (together, "Defendants") in the above-referenced action. We write respectfully to request leave to file an oversized memorandum of law in support of Defendants' anticipated motion to dismiss Plaintiff's Amended Complaint. Specifically, Defendants request that the Court permit a memorandum of up to 30 pages.

The additional space is necessitated by the scope of Plaintiff's Amended Complaint, which spans nearly 900 paragraphs, asserts thirty-seven causes of action, and nearly doubled in length from the original Complaint. Defendants require sufficient space to address each of Plaintiff's claims comprehensively in a single submission.

Respectfully submitted,

/s/ *Evandro C. Gigante*
Evandro C. Gigante

cc:    All counsel of record (by ECF)