UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA M. KITZMILLER,<br><br>                              Plaintiff,<br><br>        vs.<br><br>BARNARD COLLEGE AND THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, THEA ABU EL-HAJ, MARIA RIVERA MAULUCCI, ELIZABETH SCOTT-FRANCIS, ANGELA OLINTO, LINDA BELL, SIAN BEILOCK, LAURA ANN ROSENBURY, and LESLIE A. SHARP,<br><br>                              Defendants. | Case No. 1:25-cv-08634 (ER)<br><br>**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law In Support of Barnard College, Thea Renda Abu El-Haj, Maria Rivera Maulucci, Elizabeth Scott-Francis, Linda A. Bell, Sian Beilock, Laura Ann Rosenbury, Lesley A. Sharp's[1] Motion to Dismiss; and upon all the prior pleadings and proceedings had herein, the undersigned, on behalf of Barnard College, Thea Renda Abu El-Haj, Maria Rivera Maulucci, Elizabeth Scott-Francis, Linda A. Bell, Sian Beilock, Laura Ann Rosenbury, Lesley A. Sharp, will move before the Honorable Edgardo Ramos at the United States District Courthouse, Southern District of New York, 40 Foley Square, New York, New York, NY 10007, on a date and time to be scheduled by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendants' Motion to Dismiss the Amended Complaint; to stay discovery during the pendency of Defendant's Motion; and for such other and further relief as the Court may deem just and proper.

---

[1] Lesley A. Sharp is spelled incorrectly in the case caption.

Dated:  May 15, 2026
      Rochester, New York

LITTLER MENDELSON, P.C.

By: */s/ Jacqueline Phipps Polito*
Jacqueline Phipps Polito
jpolito@littler.com
80 Linden Oaks, Suite 210
Rochester, NY 14625
Telephone: 585.203.3400
Facsimile: 585.203.3414

Emily Gaines
egaines@littler.com
900 Third Avenue
New York, New York 10022.3298
Telephone: 212.583.9600
Facsimile: 212.832.2719

Attorneys For Defendants
BARNARD COLLEGE, THEA RENDA
ABU EL-HAJ, MARIA RIVERA
MAULUCCI, ELIZABETH SCOTT-
FRANCIS, LINDA A. BELL, SIAN
BEILOCK, LAURA ANN ROSENBURY
AND LESLEY A. SHARP

4912-6260-6506