UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIKA M. KITZMILLER,

        Plaintiff,

        vs.

BARNARD COLLEGE AND THE TRUSTEES OF
COLUMBIA UNIVERSITY IN THE CITY OF NEW
YORK, THEA ABU EL-HAJ, MARIA RIVERA
MAULUCCI, ELIZABETH SCOTT-FRANCIS,
ANGELA OLINTO, LINDA BELL, SIAN BEILOCK,
LAURA ANN ROSENBURY, and LESLIE A. SHARP,

        Defendants.

Case No. 1:25-cv-08634 (ER)

---

**DECLARATION OF JACQUELINE PHIPPS POLITO IN SUPPORT OF
BARNARD COLLEGE, THEA RENDA ABU-EL-HAJ, MARIA RIVERA MAULUCCI,
ELIZABETH SCOTT-FRANCIS, LINDA A. BELL, SIAN BEILOCK, LAURA ANN
ROSENBURY, AND LESLEY A. SHARP'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

I, Jacqueline Phipps Polito, an attorney duly admitted to practice law in the Courts of New York, hereby declare that the following is true, upon information and belief:

1.      I am Office Managing Shareholder with Littler Mendelson, P.C, attorneys for Defendants Barnard College ("Barnard"), Thea Renda Abu El-Haj, Maria Rivera Maulucci, Elizabeth Scott-Francis, Linda A. Bell, Sian Beilock, Laura Ann Rosenbury, and Lesley A. Sharp[1] (collectively, "Individual Barnard Defendants"). I make this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6) and to stay discovery during the pendency of Defendants' Motion to Dismiss.

2.      I am fully familiar with the facts and circumstances set forth herein.

---

[1] Lesley A. Sharp is spelled incorrectly in the case caption.

**PROCEDURAL HISTORY**

3.      Plaintiff commenced this action on October 17, 2025, by filing a Complaint against Defendants Barnard College and The Trustees of Columbia University in the City of New York (ECF 1).

4.      Thereafter, on February 23, 2026, Plaintiff filed an Amended Complaint adding the Individually Named Defendants (ECF 30).

5.      Pursuant to agreement of all parties, the time to answer, move or otherwise respond as to all defendants, was extended through May 15, 2026.

**THE INSTANT MOTION TO DISMISS**

6.      As set forth in the accompanying memorandum of law, despite the lengthy and extensive recitation of facts, Plaintiff fails to plead facts sufficient to survive a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure as against Barnard and the Barnard Individual Defendants.

7.      With respect to any remaining allegations, Defendant Barnard and the Individual Barnard Defendants respectfully request that the Court decline to exercise supplemental jurisdiction over any remaining state law claims.

**CONCLUSION**

8.      For the foregoing reasons and as explained further in the accompanying Memorandum of Law, it is respectfully requested that the Court grant Defendants' Motion to Dismiss Plaintiff's Amended Complaint with prejudice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 15, 2026.

*/s/ Jacqueline Phipps Polito*
Jacqueline Phipps Polito

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned certifies that the foregoing contains 336 words, excluding the parts of the document that are exempted by Local Civil Rule 7.1(c).  The undersigned relied on the word count of the word-processing program used to prepare this document.

Dated:  May 15, 2026                              */s/ Jacqueline Phipps Polito*_____
                                                        Jacqueline Phipps Polito