**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X
                    :

ERIKA KITZMILLER,               :
                    :

         Plaintiff,     :     Case No.: 1:25-cv-08634-ER
                    :

-against-               :     **ECF CASE**
                    :

                    :     **DEFENDANTS THE**

BARNARD COLLEGE AND THE TRUSTEES :     **TRUSTEES OF COLUMBIA**
OF COLUMBIA UNIVERSITY IN THE CITY  :     **UNIVERSITY'S AND**
OF NEW YORK,THEA ABU EL-HAJ, MARIA :     **COLUMBIA PROVOST**
RIVERA MAULUCCI, ELIZABETH SCOTT-  :     **ANGELA OLINTIO'S**
FRANCIS, ANGELA OLINTO, LINDA BELL,  :     **NOTICE OF MOTION TO**
SIAN BEILOCK, LAURA ANN ROSENBURY,:     **DISMISS PLAINTIFF'S FIRST**
and LESLIE A. SHARP,         :     **AMENDED COMPLAINT**
                    :

         Defendants.    :
                    :
-------------------------------------------------------- X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Evandro C. Gigante and the exhibits annexed thereto, and all of the prior pleadings and proceedings in this action, Defendants the Trustees of Columbia University in the City of New York ("Columbia") and Columbia Provost Angela Olinto ("Provost Olinto"), through their undersigned counsel, will move this Court, before the Honorable Edgardo Ramos, at the U.S. District Court for the Southern District of New York, located in the Thurgood Marshall United State Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be set by the Court, for an Order (i) dismissing with prejudice the First Amended Complaint (see ECF No. 30) in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(6); and (ii) for such other and further relief and the Court deems just and proper.

2

Dated:  May 15, 2026
        New York, New York                    PROSKAUER ROSE LLP

                                              By: */s/ Evandro C. Gigante*

                                              Evandro C. Gigante
                                              Edna D. Guerrasio
                                              Eleven Times Square
                                              New York, New York 10036
                                              (t) 212-969-3000
                                              (f) 212-969-2900
                                              egigante@proskauer.com
                                              eguerrasio@proskauer.com
                                              *Attorneys for Defendants The Trustees of*
                                              *Columbia University in the City of New York*
                                              *and Angela Olinto*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I caused Defendants The Trustees of Columbia University's and Columbia Provost Angela Olinto's Motion to Dismiss Plaintiff's First Amended Complaint, to be served on all counsel of record through the court's electronic filing system.

Dated: May 15, 2026
     New York, New York             */s/ Evandro C. Gigante*
                                  Evandro C. Gigante