**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X
                      :

ERIKA KITZMILLER,              :

                       :

         Plaintiff,        :     Case No.: 1:25-cv-08634-ER

                       :

-against-                 :     **ECF CASE**

                       :

                       :     **DECLARATION OF**

BARNARD COLLEGE AND THE TRUSTEES :     **EVANDRO C. GIGANTE IN**
OF COLUMBIA UNIVERSITY IN THE CITY  :     **SUPPORT OF DEFENDANTS'**
OF NEW YORK,THEA ABU EL-HAJ, MARIA :     **MOTION TO DISMISS**
RIVERA MAULUCCI, ELIZABETH SCOTT-  :
FRANCIS, ANGELA OLINTO, LINDA BELL, :
SIAN BEILOCK, LAURA ANN ROSENBURY,:
and LESLIE A. SHARP,        :

                       :

         Defendants.      :

                       :

-------------------------------------------------------- X

     I, Evandro C. Gigante, declare as follows:

     1.     I am a partner at Proskauer Rose, LLP, counsel for The Trustees of Columbia University in the City of New York ("Columbia") and Columbia Provost Angela Olinto ("Provost Olinto"), together ("Columbia Defendants") in this matter. I submit this declaration in support of the Columbia Defendant's motion to dismiss Plaintiff's First Amended Complaint (ECF No. 30) under Federal Rule of Civil Procedure 12(b)(6).

     2.     I have personal knowledge of the facts contained in this declaration, and if called to testify, I could and would testify competently thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Charters and Statutes of Columbia University, publicly available online[1] and incorporated by reference in Plaintiff's Amended Complaint.[2] (AC ¶ 22, 25-26, 35, 247.)

4.      Attached hereto as **Exhibit B** is a true and correct copy of the New York State Division of Human Rights Determination and Order of Dismissal for Administrative Convenience of Plaintiff's May 8, 2024 complaint.

Dated: May 15, 2026
          New York, New York

/s/ Evandro C. Gigante
Evandro C. Gigante

---

[1] *See Columbia University in the City of N.Y.*, Charters and Statutes (Sep. 2025) https://secretary.columbia.edu/sites/secretary.columbia.edu/files/content/University%20Charters_Statutes_as%20of%20September2025_REVISED.pdf

[2] Courts may consider documents incorporated by reference or integral to the complaint on a motion to dismiss. See *Chambers v. Time Warner, Inc.*, 282 F.3d 147, 152-53 (2d Cir. 2002); *Pehlivanian v. China Gerui Advanced Materials Grp.*, 153 F. Supp. 3d 628, 642 (S.D.N.Y. 2015) (Ramos, J.) ("When presented with a motion to dismiss . . . the Court may consider documents that are referenced in the complaint, documents that the plaintiffs relied on in bringing the suit and that are either in the plaintiff's possession or that the plaintiffs knew of when bringing the suit, or matters of which judicial notice may be taken.") (citing *Silsby v. Icahn*, 17 F. Supp. 3d 348, 354 (S.D.N.Y. 2014)).

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, I caused the Declaration of Evandro C. Gigante in Support of Defendants The Trustees of Columbia University's and Columbia Provost Angela Olinto's Motion to Dismiss Plaintiff's First Amended Complaint, and the exhibits thereto, to be served on all counsel of record through the court's electronic filing system.

Dated: May 15, 2026
       New York, New York                    */s/ Evandro C. Gigante*
                                     Evandro C. Gigante