# LIEBER HAMMER HUBER PAUL & HOFFMAN, P.C.

### ATTORNEYS AT LAW

# MEMO ENDORSED

May 22, 2026

Hon. Edgardo Ramos
District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Plaintiff's request to: (1) extend her time to respond to Defendants' motions to dismiss until June 29, 2026; (2) file 30 pages for her opposition briefs; and (3) extend Defendants' time to file a reply until July 13, 2026, is granted.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: May 22, 2026
> New York, New York

**Re:  Kitzmiller v. Barnard College, et al.**
**1:25-cv-08634 (S.D.N.Y.)**

Dear Judge Ramos:

We represent Plaintiff in the above-referenced matter. We respectfully write, with Defendants' consent, to request: (1) a thirty-one (31) day extension of Plaintiff's deadline to respond to Defendants' motions to dismiss filed May 15, 2026, up to and including Monday, June 29, 2026; (2) permission for Plaintiff to file opposition briefs of up to thirty (30) pages; and (3) that Defendants' deadline to file reply briefs be extended until July 13, 2026.

This is Plaintiff's first request for an extension of the briefing schedule related to Defendants' motions to dismiss. Good cause exists for the requested extension and page enlargement due to the number and complexity of the arguments raised in Defendants' motions and supporting memoranda. In addition, Defendants were permitted to file memoranda of law of up to thirty (30) pages in support of their motions to dismiss, and Plaintiff respectfully requests the same page limitation in order to adequately respond to the arguments presented.

Defendants consent to Plaintiff's requests for the extension of time and enlargement of pages. Defendants further request that, if Plaintiff's requests are granted, Defendants be afforded until July 13, 2026 to file their reply briefs including based on the July 4th holiday, which Plaintiff consents to.

We thank the Court for its consideration of this request.

Respectfully submitted,

*James B. Lieber*

James B. Lieber

cc:    Erika Kitzmiller, Ph.D.
Evandro C. Gigante, Esq.
Edna D. Guerrasio, Esq.
Jacqueline Phipps Polito, Esq.
Thomas Huber, Esq.

James B. Lieber, Esq. - jlieber@lhhb-law.com
1722 Murray Avenue - Pittsburgh, PA 15217
Phone: 412.687.2231 - Ext 114 - Fax: 412.687.3140
www.lhhb-law.com