# LIEBER HAMMER HUBER PAUL & HOFFMAN, P.C.

### ATTORNEYS AT LAW

## MEMO ENDORSED

June 23, 2026

Hon. Edgardo Ramos
District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

The application is __x__ granted
_____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: ___June 24, 2026___
New York, New York

**Re:    Kitzmiller v. Barnard College, et al.
1:25-cv-08634 (S.D.N.Y.)**

Dear Judge Ramos:

We represent Plaintiff in the above-referenced matter. We respectfully write, with Defendants' consent, to request a one-week extension of Plaintiff's deadline to respond to Defendants' motions to dismiss filed May 15, 2026, from June 29, 2026 to July 6, 2026. The Defendants' current deadline to file a reply is July 13, 2026.

This is Plaintiff's second request for an extension of the briefing schedule related to Defendants' motions to dismiss. Good cause exists for the requested extension based on the press of other matters that materialized in the interim, including unexpected filings, two all-day mediations and an all-day hearing.

Defendants consent to Plaintiff's requests for the extension of time. Defendants further request that, if Plaintiff's request is granted, Defendants be afforded until July 20, 2026 to file their reply briefs, which Plaintiff consents to.

We thank the Court for its consideration of this request.

Respectfully submitted,

*James B. Lieber*

James B. Lieber

cc:    Erika Kitzmiller, Ph.D.
Evandro C. Gigante, Esq.
Edna D. Guerrasio, Esq.
Jacqueline Phipps Polito, Esq.
Thomas Huber, Esq.

James B. Lieber, Esq. - jlieber@lhhb-law.com
1722 Murray Avenue - Pittsburgh, PA 15217
Phone: 412.687.2231 - Ext 114 - Fax: 412.687.3140
www.lhhb-law.com