**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------

|  |  |  |
|---|---|---|
| ERIKA KITZMILLER, | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:25-cv-08634-ER |
| | : | |
| BARNARD COLLEGE AND THE TRUSTEES | : | |
| OF COLUMBIA UNIVERSITY IN THE CITY | : | |
| OF NEW YORK,THEA ABU EL-HAJ, MARIA | : | **DECLARATION OF** |
| RIVERA MAULUCCI, ELIZABETH SCOTT-| : | **JAMES B. LIEBER IN** |
| FRANCIS, ANGELA OLINTO, LINDA BELL, | : | **OPPOSITION TO** |
| SIAN BEILOCK, LAURA ANN ROSENBURY, | : | **DEFENDANTS' MOTIONS** |
| and LESLEY A. SHARP, | : | **TO DISMISS** |
| | : | |
| Defendants. | : | |
| | : | |

----------------------------------------------------------------

I, James B. Lieber, declare as follows:

1.      I am a partner at Lieber Hammer Huber Paul & Hoffman, P.C., counsel for Plaintiff

Erika Kitzmiller in this matter.  I submit this declaration in opposition to the Motions to Dismiss

filed by the Barnard and Columbia Defendants (ECF Nos. 55 & 58).

2.      I have personal knowledge of the facts contained in this declaration, and if called to

testify, I could and would testify competently thereto.

3.      Attached hereto as Exhibit A is a true and correct copy of an executed Tolling

Agreement among Dr. Kitzmiller, Barnard College, and The Trustees of Columbia University in the

City of New York ("Columbia").

4.      The Tolling Agreement is dated December 13, 2024.

5.      The Tolling Agreement had an effective date from December 13, 2024 until any

party sent 21-days' written advance notice by email terminating the Agreement.  Tolling Agreement,

p. 1 &¶ 2.

6.      Attached hereto as Exhibit B is a true and correct copy of a May 14, 2025 email from Counsel for Barnard giving the 21-day notice of termination and, thus, the Agreement terminated June 4, 2025.

7.      The Tolling Agreement was in effect for 173 days from December 13, 2024 until June 4, 2025.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 6, 2026                                      s/James B. Lieber
                                                         James B. Lieber
Pittsburgh, Pennsylvania                                 Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which shall serve notice upon the following:

Jacqueline Phipps Polito, Esq.
Erin Train, Esq.
Littler Mendelson
375 Woodcliff Drive, Suite 2D
Fairport, N.Y. 14450
585-203-3400 (tel.)
585-203-3414 (fax)
jpolito@littler.com
etrain@littler.com

Emily Gaines
Littler Mendelson
900 Third Avenue
New York, NY 10022
914-803-2032 (tel.)
egaine@littler.com

Counsel for Defendant Barnard College, Thea Abu El-Haj, Maria Rivera Maulucci,
Elizabeth Scott-Francis, Linda Bell, Sian Beilock, Laura Ann Rosenbury, and Lesley A. Sharp

Evandro Cristiano Gigante, Esq.
Edna Doris Guerrasio, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
(212) 969-3132 (tel.)
(212) 969-2900 (fax)
egigante@proskauer.com
eguerrasio@proskauer.com

Counsel for Defendant Trustees of Columbia University
in the City of New York and Angela Olinto

s/James B. Lieber
James B. Lieber
Counsel for Plaintiff