# TAB B

**From:** Polito, Jacqueline Phipps <JPolito@littler.com>
**Sent:** Wednesday, May 14, 2025 12:52 PM
**To:** Moldovan, Jessica A. <jmoldovan@lchb.com>; Dermody, Kelly M. <kdermody@lchb.com>; James Lieber <jlieber@lhhb-law.com>
**Cc:** 'Karageorgiou, Olympia' <OKarageorgiou@proskauer.com>; Train, Erin <ETrain@littler.com>; 'Gigante, Evandro C.' <egigante@proskauer.com>
**Subject:** CONFIDENTIAL SETTLEMENT COMMUNICATION

Good afternoon,



In the meantime, in accordance with Paragraph 2 of the tolling agreement, please consider this email our 21-day notice of termination of same.

Kind regards, Jackie

**Jacqueline Phipps Polito**
Office Managing Shareholder
Co-Chair Higher Education Industry Group
585.203.3413 direct, 315.926.2331 mobile, 585.486.1774 fax
JPolito@littler.com

**Littler**
375 Woodcliff Drive, Suite 2D, Fairport, NY 14450