

**Littler Mendelson, P.C.**
80 Linden Oaks
Suite 210
Rochester, New York 14625

Jacqueline Phipps Polito
585.203.3413 direct
585.486.1774 fax
jpolito@littler.com

July 17, 2026

**VIA CM/ECF FILING**

Hon. Edgardo Ramos
US District Court for the Southern District of NY
40 Foley Square
New York, NY 10007

Re:     *Kitzmiller v. Barnard College, et al.,* Case No. 1:25-cv-08634

Dear Judge Ramos:

On behalf of Defendant Barnard College ("Barnard"), we write pursuant to Sections 1(A) and 2(B) of Your Honor's Individual Practices to respectfully request an enlargement of the page limit for Barnard's Reply Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Amended Complaint from ten (10) pages to fifteen (15) pages. The additional space is necessary to respond to Plaintiff's Opposition (ECF No. 67), which spans 30 pages. The Court previously granted Barnard an enlargement of the page limit for its Memorandum of Law. (ECF No. 54).

We thank the Court for its time and consideration.

Respectfully submitted,

Littler Mendelson, P.C.

Jacqueline Phipps Polito

cc:     All counsel of record (via CM/ECF)

4896-3139-9870