

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Evandro C. Gigante
Member of the Firm

d +1.212.969.3132
f 212.969.2900
egigante@proskauer.com
www.proskauer.com

July 21, 2026

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
40 Foley Square, Courtroom 619
New York, NY 10007

Re:     ***Erika M. Kitzmiller v. Barnard College and The Trustees of Columbia University in the City of New York*, 1:25-cv-08634 (S.D.N.Y.)**

Dear Judge Ramos:

We represent The Trustees of Columbia University in the City of New York and Columbia Provost Angela Olinto (together, "Defendants") in the above-referenced action. We write respectfully to request oral argument on Defendants' Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") (ECF Nos. 58-60), which is now fully briefed. Defendants believe that oral argument would assist the Court in resolving the issues presented by the Motion and would welcome the opportunity to address any questions the Court may have.

We appreciate the Court's consideration of this request.

Respectfully submitted,


/s/ *Evandro C. Gigante*
Evandro C. Gigante


cc:     All counsel of record (by ECF)