# LIEBER HAMMER HUBER PAUL & HOFFMAN, P.C.

ATTORNEYS AT LAW

## MEMO ENDORSED

July 22, 2026

Hon. Edgardo Ramos
District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  **Kitzmiller v. Barnard College, et al.**
> **1:25-cv-08634 (S.D.N.Y.)**

Dear Judge Ramos:

Plaintiff respectfully requests leave to file sur-reply memoranda to the reply memoranda filed by the Barnard College defendants (ECF 72) and Columbia University defendants (ECF 73) on July 20, 2026. Good cause exists for sur-reply memoranda including that Defendants raise new arguments and cases not cited in their initial briefs (*see* ECF 72, p. 8 of 21, raising administrative convenience dismissal for first time) and discuss at length the Columbia Charters and Statutes with amendments dated July 2025 that post-date the events at issue and is clearly a factual matter. *See* ECF 73, p. 10-11 of 18; ECF 60-1, p. 1. Defendants seek to weigh evidence and suggest claim prioritization issues (including the artificial framing of Title VII exclusively as Plaintiff's "core" issue) not in the Amended Complaint. Given the extensive claims and history of this case, Plaintiff requests a limited sur-reply to prevent the full-scale unwarranted dismissal that Defendants seek at this early juncture, without discovery or trial.

Plaintiff seeks to file memoranda limited to 10 pages each and asks that she be granted 10 days from the date of any Order to file the sur-reply memoranda due to the necessity of filing two separate briefs.

Plaintiff conferred with Defendants' counsel and they oppose this request. Barnard's Counsel indicated that a sur-reply is not contemplated by the federal rules of civil procedure. Columbia's counsel indicated that no new arguments were raised and the parties can address any issues/questions at oral argument if granted by the Court. *See* Columbia's Request for Oral Argument, ECF No. 74. Plaintiff submits that the oral argument request demonstrates the complexity of the motions to dismiss litigation and weighs in favor of granting Plaintiff's request for leave to file sur-reply briefs.

We thank the Court for its consideration of this request.

Respectfully submitted,

*James B. Lieber*

James B. Lieber

James B. Lieber, Esq. - jlieber@lhhb-law.com
1722 Murray Avenue - Pittsburgh, PA 15217
Phone: 412.687.2231 - Ext 114 - Fax: 412.687.3140
www.lhhb-law.com

cc:    Erika Kitzmiller, Ph.D.
       Evandro C. Gigante, Esq.
       Edna D. Guerrasio, Esq.
       Jacqueline Phipps Polito, Esq.
       Thomas Huber, Esq.

Plaintiff's request for leave to file a sur-reply to Columbia's motion to dismiss is denied for failure to show good cause because Columbia first discussed its Charters and Statutes in its opening memorandum. Doc. 59. Plaintiff was afforded the opportunity to respond in her opposition.

Barnard is directed to respond to the request by July 28, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: July 23, 2026
New York, New York